IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-358-CR




ANTONIO MALDONADO AVILES,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 0913777, HONORABLE BOB JONES, JUDGE PRESIDING


 





PER CURIAM

 A jury found appellant guilty of attempted capital murder. Tex. Penal Code Ann.
§ 15.01, 19.03 (West Supp. 1993). The jury assessed punishment, enhanced by two previous
felony offenses, at imprisonment for fifty-five years.

 Appellant's court-appointed attorney filed a brief in which he concludes that the
appeal is frivolous and without merit. The brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why
there are no arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988);
Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969); Jackson v. State, 485 S.W.2d 553
(Tex. Crim. App. 1972); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); High v.
State, 573 S.W.2d 807 (Tex. Crim. App. 1978). A copy of counsel's brief was delivered to
appellant, and appellant was advised of his right to examine the appellate record and to file a pro
se brief. Appellant requested and was granted additional time to file a pro se brief. No pro se
brief has been tendered for filing, and appellant has not responded to this Court's notice that the
pro se brief is overdue.

 We have carefully reviewed the record and counsel's brief and agree that the appeal
is frivolous and without merit. Further, we find nothing in the record that might arguably support
the appeal.

 The judgment of conviction is affirmed.



Before Justices Powers, Jones, and Kidd

Affirmed

Filed: October 20, 1993

Do Not Publish